UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARVIN OGBURN and LONG MEADOW FARM, LLC, | |
| Plaintiffs, | CIVIL ACTION NO. 1:23cv-01013 |
| v. | (SAPORITO, M.J.) |
| JUSTIN HENSCHEL, et al., | |
| Defendants. | |

### ORDER

AND NOW, this **23rd** day of June, 2023, in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT** the plaintiffs shall submit for filing a copy of the complaint that is fully compliant with the requirements of Rule 11 of the Federal Rules of Civil Procedure **within thirty (30) days** after entry of this order. In particular, the pleading shall be signed by a licensed attorney, who is admitted to the bar of this court, on behalf of plaintiff Long Meadow Farm, LLC.

JOSEPH F. SAPORITO, JR.
United States Magistrate Judge